IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Disability Update Report | ) | |
| Disability Review | ) | |
| Juliane M. Iverson, | ) | |
| | ) | Case No. 2:08-cv-12 |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT AND** |
| -vs- | ) | **RECOMMENDATION** |
| | ) | |
| North Valley Collections, a Division of | ) | |
| SWS Credit Services, Inc.; Johnson & | ) | |
| Associates, P.C.; and JCC J.C. Christensen | ) | |
| and Associates, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

On February 4, 2008, Plaintiff submitted 74 pages to this Court for filing.  The nature of

Plaintiff's claims are indecipherable.  The Court allowed Plaintiff an opportunity to explain why

her complaint should not be dismissed for failure to state a claim upon which relief can be

granted.  Nothing in Plaintiff's response to the Court's inquiry, in her complaint, or any of its

supplements identifies the nature of her claims against Defendants.  The Court has received a

Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate

Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's complaint be dismissed with

prejudice for failure to state a claim upon which relief should be granted.  No party has filed an

objection to this recommendation within the requisite time period.  Local Rule 72.1(E)(4).

The Court has reviewed the Report and Recommendation, along with the entire file, and

finds that the Magistrate Judge's position is correct.  Accordingly, the Court hereby adopts the

Report and Recommendation in its entirety.  For the reasons set forth therein, Plaintiff's

complaint is hereby **DISMISSED** with prejudice.

   **IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 13th day of February, 2009.

*/s/   Ralph R. Erickson*

Ralph R. Erickson, District Judge

United States District Court
